# THE MARGOLIN & WEINREB LAW GROUP, LLP

Attorneys at Law
165 Eileen Way, Suite 101
Syosset, New York 11791

ALAN WEINREB, ESQ.
CYNTHIA A. NIERER, ESQ.

(516) 921-3838
FAX (516) 921-3824
(516) 945-6055
www.nyfclaw.com

**SO ORDERED**

March 15, 2021

**VIA ECF ONLY**
The Honorable Judge George B. Daniels
United States District Court—S.D.N.Y.
500 Pearl St.
New York, NY 10007

The status conference is adjourned from March 17, 2021 to May 12, 2021 at 9:45 a.m.

MAR 1 6 2021 /s/ George B Daniels
HON. GEORGE B. DANIELS

RE: Windward Bora, LLC v. Swinney, et. al., 20-cv-01087-GBD

Dear Judge Daniels:

We represent Plaintiff in the above-entitled action. A status conference is scheduled for March 17, 2021 at 9:45 am. We respectfully request that the conference be marked as held or, alternatively, conducted telephonically. The attorney handling the case for Plaintiff had a death in the family and had to leave the state last week. Upon returning to New York, the attorney is currently quarantining pursuant to New York State guidelines.

The parties do not have any disputes or issues regarding this case that require the Court's intervention at this time and are proceeding pursuant to the Scheduling Order entered by Your Honor.

We thank the Court for its review of our joint request.

Respectfully,

| | |
|---|---|
| The Margolin & Weinreb Law Group, LLP | Law Office of Narissa A. Joseph |
| */s/ Alan H. Weinreb* | */s/ Narissa A. Joseph* |
| Alan H. Weinreb, Esq. | Narissa A. Joseph, Esq. |
| Attorneys for Plaintiff | Attorneys for Defendants |