UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

WINDWARD BORA, LLC,

                    Plaintiff,

      -against-

GLENN SWINNEY, DIANNE SWINNEY,
and JERMEL BENNET,

                  Defendants.

------------------------------------- x

ORDER

20 Civ. 01087 (GBD)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 1 2 2021

GEORGE B. DANIELS, United States District Judge:

The status conference is adjourned from May 12, 2021 to June 9, 2021 at 9:45 a.m.

Dated: New York, New York
       May 11, 2021

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge