**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

WINWARD BORA, LLC,

                PLAINTIFF,

-AGAINST-

GLENN SWINNEY, DIANNE SWINNEY,
AND JERMEL BENNET,

                Defendant.

------------------------------------- x



ORDER

20 Civ. 1087 (GBD)

GEORGE B. DANIELS, United States District Judge:

In light of this Court's referral to Magistrate Judge Gorenstein for Settlement, the June 9, 2021 status conference is hereby cancelled.

The Clerk of Court is directed to close the letter motion at ECF No. 26.

Dated: June 3, 2021
      New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge