UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x

WINWARD BORA, LLC,

                Plaintiff,

    -against-

GLENN SWINNEY, DIANNE SWINNEY,
and JERMEL BENNET,

                Defendants.

------------------------------------------------x

ORDER

20 Civ. 01087 (GBD) (GWG)

GEORGE B. DANIELS, United States District Judge:

In light of this Court's referral to Magistrate Judge Gorenstein for General Pretrial and Settlement, all conferences previously scheduled before Judge Daniels are cancelled and all deadlines are adjourned *sine die*.

The Clerk of Court is directed to close the letter motion, (ECF No. 29), accordingly.

Dated: June 7, 2021

SO ORDERED.

*George B. Daniels*
United States District Judge