**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------x

WINWARD BORA, LLC,

                Plaintiff,

    -against-

GLENN SWINNEY, DIANNE SWINNEY, and JERMEL BENNET,

                Defendants.

------------------------------------x

ORDER

20 Civ. 01087 (GBD) (GWG)

GEORGE B. DANIELS, United States District Judge:

In light of the Parties' notice that they have reached a settlement in principle on all issues in this matter, all conferences and deadlines previously scheduled are adjourned *sine die*. The parties shall submit a stipulation of dismissal or a status report within thirty (30) days of this order

Dated: September 20, 2021
New York, New York

SO ORDERED.

*George B. Daniels*
United States District Judge